UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HONORABLE JOSEPH G. ROSANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-10587-JGR |
| | ) | |
| Elodia Padilla-Renteria | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing to the court that the original dividend check issued in the above mentioned case to Elodia Padilla-Renteria in the amount of $1,002.01, was not cashed or was returned as undeliverable.

Upon the request for release of unclaimed funds filed by Dilks and Knopik, LLC on behalf of Elodia Padilla Renteria, the court has determined that sufficient evidence has been presented and therefore, it is

ORDERED that, pursuant to 28 USC § 2042, the $1,002.01 heretofore placed in the Unclaimed/Undistributed Funds account of the US Treasury, be disbursed to Elodia Padilla Renteria in care of Dilks and Knopik, LLC.

Dated:

JAN 19 2016

BY THE COURT:

_____
BANKRUPTCY JUDGE
Joseph Rosania